# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD HAZZOURI and KIMBERLY HAZZOURI,** | : | No. 3:18cv1982 |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| v. | : | |
| **WEST PITTSTON BOROUGH, LUZERNE COUNTY, PENNSYLVANIA,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 15th day of January 2019, it is hereby **ORDERED** as follows:

1) Defendant's motion to dismiss plaintiffs' amended complaint (Doc. 7) is **GRANTED**;

2) Plaintiffs' motion to file an amended complaint (Doc. 11) is **GRANTED**; and

3) Plaintiffs shall refile their amended complaint within seven (7) days of this order.

BY THE COURT

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**