# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HAZZOURI and KIMBERLY HAZZOURI,<br>　　　Plaintiffs<br><br>　　v.<br><br>WEST PITTSTON BOROUGH, THE LUZERNE COUNTY OFFICE OF DEVELOPMENT; JUDY AITA; JAMES BUTERA and ELLEN QUINN, individually and in their capacity as members of the West Pittston Borough Council; and THOMAS BLASKIEWICZ, individually and in his capacity as Mayor of West Pittston Borough,<br>　　　Defendants | No. 3:18cv1982<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 10th day of September 2019, it is hereby

**ORDERED** as follows:

1) Defendant West Pittston Borough's motion to dismiss (Doc. 21) is denied in part and granted in part. The motion is **DENIED** as to Counts I, II, III, and IV. The motion is **GRANTED** as to Count V;

2) Defendant The Luzerne County Office of Community Development's motion to dismiss (Doc. 37) is denied in part and granted in part. The motion is **DENIED** as to Counts I and II. The motion is **GRANTED** as to Count V;

3) Defendant Elen Quinn's motion to dismiss (Doc. 36) is denied in part and granted in part. The motion is **DENIED** as to Counts I, II, III, and IV. The motion is **GRANTED** as to Count V;

4) Defendant Judy Aita's motion to dismiss (Doc. 38) is denied in part and granted in part. The motion is **DENIED** as to Counts I, II, III, and IV. The motion is **GRANTED** as to Count V.

5) Defendant James Butera's motion to dismiss (Doc. 39) is denied in part and granted in part. The motion is **DENIED** as to Counts I, II, III, and IV. The motion is **GRANTED** as to Count V; and

6) Defendant Thomas Blaskiewicz's motion to dismiss (Doc. 40) is denied in part and granted in part. The motion is **DENIED** as to Counts I, II, III, and IV. The motion is **GRANTED** as to Count V.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**