# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HAZZOURI and KIMBERLY HAZZOURI, | : | No. 3:18cv1982 |
| Plaintiffs | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WEST PITTSTON BOROUGH, THE LUZERNE COUNTY OFFICE OF DEVELOPMENT; JUDY AITA; JAMES BUTERA and ELLEN QUINN, individually and in their capacity as members of the West Pittston Borough Council; and THOMAS BLASKIEWICZ, individually and in his capacity as Mayor of West Pittston Borough, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 13th day of November 2019, upon review of the defendants' motion for reconsideration of the court's September 10, 2019 memorandum and order that denied their motion to dismiss on qualified immunity grounds, and it appearing that the defendants fail to establish one of three major grounds needed for a proper motion for reconsideration, see Max's Seafood Cafe, by Lou-Ann, Inc., v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999) (stating that the three major grounds include "(1) an intervening change in controlling law; (2) the availability of new evidence that was not available when the court granted

the motion for summary judgment; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice"), it is hereby **ORDERED** that:

    (1) the defendants' motion for reconsideration (Doc. 67) is **DENIED**; and

    (2) the defendants' motion to stay pending the court's resolution of the qualified immunity issue (Doc. 69) is **DENIED** as **MOOT**.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Judge**